# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.                                                            5:21-mj-1161-PRL

**KENYARI DEVAUGHNTE BREWTON,**
    Defendant.

AUSA: Robert Bodnar
Deft. Atty: Douglas Stamm (FPD)

| JUDGE | Philip R. Lammens | DATE AND TIME | August 5, 2021<br>4:07 pm – 4:17 pm<br>10 minutes |
|---|---|---|---|
| DEPUTY CLERK | Melanie Sanders | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not Required | PRETRIAL/PROBATION: | Megan Martin |

## CLERK'S MINUTES – INITIAL APPEARANCE ON A CRIMINAL COMPLAINT

Defendant advised of rights, charges, penalties, etc.

Defendant requests court-appointed counsel. Based on the financial affidavit completed by defendant and/or a financial inquiry, the Court appoints Douglas Stamm, Asst. Federal Public Defender with reimbursement upon filing by U.S. Attorney. **ORDER TO ENTER.**

Defendant requests a Preliminary Hearing. A Preliminary Examination hearing is scheduled for Thursday, 08/12/21 at 10:30 am.

Court advised the parties of the requirements of the Due Process Protections Act.

Government orally moves for detention.

Defendant requests to continue the Detention Hearing.

Court GRANTS defendant's request for a continuance and schedules the Detention Hearing with the Preliminary Examination hearing on 08/12/21.

**ORDER OF TEMPORARY DETENTION TO ENTER.**

**FILED IN OPEN COURT**:
Financial Affidavit